UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **QUENTIN WATSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-10085** |
| **DARREL VANNOY** | **SECTION "F"(4)** |

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the objections to the Chief Magistrate Judge's Report and Recommendation filed by the plaintiff on June 3, 2019 (Rec. Doc. No. 19), hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Quentin Watson's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 26th day of June, 2019.

_____
**MARTIN L.C. FELDMAN**
**UNITED STATES DISTRICT JUDGE**